UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|                          |              |
|--------------------------|--------------|
| Plaintiff,               | Case No._____ |
| -v-                      | **Rule 7.1 Statement** |
| Defendant.               |              |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**Date:** _____            _____
                                          **Signature of Attorney**

                                          **Attorney Bar Code:** _____

Form Rule7_1.pdf   SDNY Web 10/2007