# RAS ASSOCIATES, PLLC
ATTORNEYS AT LAW
TEN BANK STREET
WHITE PLAINS, N.Y. 10606
TEL (914) 289-2909
FAX (914) 948-9612
E-MAIL: LFRATTY@AOL.COM

LUIS F. RAS*
Acting Village Justice, Village of Plandome Hts

*  Admitted in NY and NJ
** Admitted in NY and CT
***Admitted in NY and FL

Of Counsel:
Rosa M. Calabrese**
Salvatore J. Calabrese***
Bridget Cacace-Coyne
Victor D'Ammora
Bob Lucchese

January 7, 2008

**Via ECF**
Hon. Jed S. Rakoff
United States District Court
500 Pearl Street
New York, N.Y. 10007

      Re:    Duravest v. Viscardi
               Docket No. 07-Civ-10590(JSR)

Honorable Sir:

      This office represents Plaintiff Duravest, Inc. in the above captioned matter.

      In order to accomplish service of process upon Defendant Viscardi, A.G., in the Federal Republic of Germany pursuant to the Hague Convention provisions regarding service, we submit the attached proposed Order Appointing International Process Server. We have utilized the services of the proposed appointee in the past, and have found them to be competent and knowledgeable in abiding by the Hague Convention requirements.

      No defendant has yet appeared in this action. We respectfully await the Court's guidance with respect to our request.

      Very truly yours,

      RAS ASSOCIATES, PLLC


      By:_____
          Luis F. Ras

Enc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DURAVEST, INC.

                            Plaintiff,

            -against-

VISCARDI, AG; WOLLMUTH MAHER & DEUTSCH, LLP;
MASON H. DRAKE, ESQ., BRUCE O'DONNELL, CPA,
BRUCE O'DONNELL, CPA/PFS, P.A., BIOMEDICAL
CONSULTANT SL, RICHARD MARKOLL, and
ERNESTINE BINDER MARKOLL,

                            Defendants.
------------------------------------------------------------------------X

**ORDER APPOINTING INTERNATIONAL PROCESS SERVER**

DOCKET NO.: 07-Civ-10590 (JR)

      Pursuant to Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the Hague Conference on Private International Law on 15 November, 1965 (the "Hague Convention"), and for good cause shown, the Court hereby appoints Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon, 97205, and its agents, as the authority and judicial officer competent under the Jurisdiction of this Court to forward to the Central Authority in the applicable country, any and all documents to be served in this case.

IT IS SO ORDERED this _____ day of _____, 2008.

                                                         BY THE COURT:

                                                         _____