UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DURAVEST, INC.,

    Plaintiff,

  - against -                                            **NOTICE OF APPEARANCE**

VISCARDI, AG, WOLLMUTH MAHER &                   07 Civ. 10590 (JSR)
DEUTSCH, LLP, MASON H. DRAKE, ESQ.,
BRUCE O'DONNELL, CPA, BRUCE O'
DONNELL CPA/PFS, P.A., BIOMEDICAL
CONSULTANT SL, RICHARD MARKOLL, and
ERNESTINE BINDER MARKOLL,

    Defendants.
------------------------------------X

    **PLEASE TAKE NOTICE** that, subject to any and all defenses to be raised pursuant to Fed. R. Civ. P. 12, the undersigned attorney will appear as counsel of record on behalf of defendants BRUCE O'DONNELL, CPA and BRUCE O' DONNELL CPA/PFS, P.A.

    **PLEASE TAKE FURTHER NOTICE** that all pleadings, papers and documents required to be served in this action upon defendant BRUCE O'DONNELL, CPA and BRUCE O' DONNELL CPA/PFS, P.A. should be served upon the undersigned and all electronic notifications will be sent to SJacobs@lcbf.com.

455589.1 DocsNY

Dated:   New York, New York
         January 28, 2008

                                    Yours, etc.,
                                    LANDMAN CORSI BALLAINE & FORD P.C.

                              By:   _____
                                    Stephen Jacobs (SJ 4437)
                                    Attorneys for Defendants
                                    BRUCE O'DONNELL, CPA and
                                    BRUCE O' DONNELL CPA/PFS, P.A.
                                    120 Broadway, 27th Floor
                                    New York, New York 10271-0079
                                    (212) 238-4800

TO:   Luis Francisco Ras, Esq.
      Ras Associates, PLLC
      Ten Bank Street, Suite 650
      White Plains, NY 10606
      (914) 289-2909
      Fax: (914)-948-9612
      Email: lfratty@aol.com

455589.1 DocsNY

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

     **JASON TAMMAM**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at NEW YORK, NEW YORK.

     That on the 28TH day of JANUARY, 2008, deponent served the within **NOTICE OF APPEARANCE**

upon

               LUIS FRANCISCO RAS, ESQ.
               RAS ASSOCIATES, PLLC
               10 BANK STREET, SUITE 650
               WHITE PLAINS, NEW YORK 10606

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

                                                  _____
                                                       JASON TAMMAM

Sworn to before me this
28TH day of JANUARY, 2008

_____
       Notary

                                JELENA BRIGIDA
                        Notary Public, State of New York
                            No. 01BR6156932
                          Qualified in Kings County
                       Commission Expires Dec. 4, 2010