UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| DURAVEST, INC., | Docket No.: 07 CIV 10590 (JSR) |
| Plaintiff, | RULE 7.1 DISCLOSURE OF CORPORATE INTERESTS |
| -against- | |
| VISCARDI, AG; WOLLMUTH, MAHER & DEUTSCH LLP.; MASON H. DRAKE, ESQ.; BRUCE O'DONNELL, CPA/PFS, P.A.; RICHARD MARKOLL, BIOMEDICAL CONSULTANT SL; and ERNESTINE BINDER MARKOLL, | |
| Defendants. | |

-------------------------------------------------------------------x

## DISCLOSURE OF CORPORATE INTEREST FOR DEFENDANT WOLLMUTH MAHER & DEUTSCH, LLP

Pursuant to RULE 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for WOLLMUTH MAHER & DEUTSCH, LLP, identifies the following:

*Check all that apply:*

[ X ]   I certify, as counsel in this case that WOLLMUTH MAHER & DEUTSCH, LLP is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case.

[  ]   The following corporate affiliations exist with WOLLMUTH MAHER & DEUTSCH, LLP:

None.

Dated: New York, New York
      February 4, 2008

                                                            Yours etc.,

                                                            ABRAMS, GORELICK,
                                                            FRIEDMAN & JACOBSON, P.C.
                                                            Attorneys for Defendants
                                                            Wollmuth Maher & Deutsch, LLP
                                                            and Mason H. Drake, Esq.

                                                            By: _____
                                                                Barry Jacobs (BJ-0216)
                                                           One Battery Park Plaza – 4th Floor
                                                           New York, New York 10004
                                                           (212) 422-1200
                                                           Our File No.: 6615

6615
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DURAVEST, INC.,            Docket No.: 07 CIV 10590

        Plaintiff,

   -against-

VISCARDI, AG; WOLLMUTH, MAHER &
DEUTSCH LLP.; MASON H. DRAKE,
ESQ.; BRUCE O'DONNELL, CPA/PFS, P.A.;
RICHARD MARKOLL, BIOMEDICAL
CONSULTANT SL; and ERNESTINE
BINDER MARKOLL,
        Defendant.

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2008, the foregoing Rule 7.1 Statement was filed with the

Clerk of the Court and served in accordance with the Southern District's Rules on Electronic

Service and Local Rule 5.2 upon the following:

| | |
|---|---|
| Luis F. Ras, Esq. | Ameet Balvant Kabrawala, Esq. |
| RAS Associates, PLLC | Landman Corsi Ballaine & Ford, P.C. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Duravest, Inc. | Bruce O'Donnell CPA/PFS, P.A. |
| Ten Bank Street | 120 Broadway |
| White Plains, New York 10606 | 27th Floor |
| | New York, NY 10271 |

**NO OTHER PARTIES HAVE APPEARED**

                       ABRAMS, GORELICK, FRIEDMAN &
                       JACOBSON, P.C.
                       Attorneys for Defendant
                       Wollmuth Maher & Deutsch, LLP.
                       and Mason H. Drake, Esq.

By: _____
Barry Jacobs (BJ-0216)
One Battery Park Plaza – 4th Floor
New York, New York  10004
(212) 422-1200