6615
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

DURAVEST, INC.,                           Docket No.: 07 CIV 10590

                       Plaintiff,

    -against-

VISCARDI, AG; WOLLMUTH, MAHER &
DEUTSCH LLP.; MASON H. DRAKE,
ESQ.; BRUCE O'DONNELL, CPA/PFS, P.A.;
RICHARD MARKOLL, BIOMEDICAL
CONSULTANT SL; and ERNESTINE
BINDER MARKOLL,
                     Defendant.

--------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2008, the foregoing Amended Answer with Cross-Claims was filed with the Clerk of the Court and served in accordance with the Southern District's Rules on Electronic Service and Local Rule 5.2 upon the following:

| | |
|---|---|
| Luis F. Ras, Esq.<br>RAS Associates, PLLC<br>Attorneys for Plaintiff<br>Duravest, Inc.<br>Ten Bank Street<br>White Plains, New York 10606 | Ameet Balvant Kabrawala, Esq.<br>Landman Corsi Ballaine & Ford, P.C.<br>Attorneys for Defendant<br>Bruce O'Donnell CPA/PFS, P.A.<br>120 Broadway<br>27th Floor<br>New York, NY 10271 |

**NO OTHER PARTIES HAVE APPEARED**

                                               ABRAMS, GORELICK, FRIEDMAN &
                                               JACOBSON, P.C.
                                               Attorneys for Defendant
                                               Wollmuth Maher & Deutsch, LLP.
                                               and Mason H. Drake, Esq.

By: /s/ Barry Jacobs
Barry Jacobs (BJ-0216)
One Battery Park Plaza – 4th Floor
New York, New York 10004
(212) 422-1200

2

6615
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

DURAVEST, INC.,                                    Docket No.: 07 CIV 10590

                     Plaintiff,

    -against-

VISCARDI, AG; WOLLMUTH, MAHER &
DEUTSCH LLP.; MASON H. DRAKE,
ESQ.; BRUCE O'DONNELL, CPA/PFS, P.A.;
RICHARD MARKOLL, BIOMEDICAL
CONSULTANT SL; and ERNESTINE
BINDER MARKOLL,
                     Defendant.

--------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2008, the foregoing Amended Answer with Cross-Claims was filed with the Clerk of the Court and served in accordance with the Southern District's Rules on Electronic Service and Local Rule 5.2 upon the following:

| | |
|---|---|
| Luis F. Ras, Esq. | Ameet Balvant Kabrawala, Esq. |
| RAS Associates, PLLC | Landman Corsi Ballaine & Ford, P.C. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Duravest, Inc. | Bruce O'Donnell CPA/PFS, P.A. |
| Ten Bank Street | 120 Broadway |
| White Plains, New York 10606 | 27th Floor |
| | New York, NY 10271 |

**NO OTHER PARTIES HAVE APPEARED**

                                      ABRAMS, GORELICK, FRIEDMAN &
                                      JACOBSON, P.C.
                                      Attorneys for Defendant
                                      Wollmuth Maher & Deutsch, LLP.
                                      and Mason H. Drake, Esq.

By: _____
        Barry Jacobs (BJ-0216)
One Battery Park Plaza – 4th Floor
New York, New York 10004
(212) 422-1200

2