## CERTIFICATE OF SERVICE

    Stephen Jacobs, an attorney of record herein, hereby certifies that, on February 12, 2008, the foregoing Amended Notice of Motion, Amended Declaration of Stephen Jacobs, and Amended Memorandum of Law of Defendants Bruce O'Donnell, CPA and Bruce O'Donnell CPA/PFS, P.A. in Support of Motion to Dismiss was served in accordance with the Southern District's Rules on Electronic Service and Local Rule 5.2 upon the following

        Luis Francisco Ras, Esq.
        Ras Associates, PLLC
        Attorneys for Plaintiff
        Ten Bank Street, Suite 650
        White Plains, NY 10606

        Abrams, Gorelick, Friedman & Jacobson, P.C.
        Attorneys for Defendants Wollmuth Maher
        Deutsch, LLP and Mason H. Drake, Esq.
        1 Battery Park Plaza, 4th Floor
        New York, New York 10004.

        NO OTHER PARTIES HAVE APPEARED.

_____
Stephen Jacobs (SJ-4437)