STATE OF NEW YORK          )
COUNTY OF WESTCHESTER)

     LUIS F. RAS, being duly sworn, deposes and says that deponent is not a party to the action, is over eighteen years of age and resides in Nassau County. On March 3, 2008, deponent served Plaintiff's Affirmation in Opposition and Memorandum of Law in Opposition upon all parties who have appeared in this action, via ECF, directed to them at the addresses shown below:

Abrams Gorelick, Friedman & Jacobson, P.C.
Attorneys for Defendants Wollmuth and Drake
One Battery Park Plaza, 4th floor
New York, N.Y.
Att:    Barry Jacobs, Esq.

Landman Corsi Ballaine & Ford, PC
Attoneys for Defendants Bruce O'Donnell, C.P.A
And Bruce O'Donnell, C.P.A./P.F.S.
120 Broadway, 27th floor
New York, N.Y. 10271
Att:    Stephen Jacobs, Esq.

LUIS F. RAS

SWORN to before me, this
3rd day of March, 2007

Notary Public

**PERRY D. FREEDMAN**
**Notary Public, State of New York**
**No. 4921943**
**Qualified in Westchester County**
**Commission Expires February 8, 20**