UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

DURAVEST, INC.,

        Plaintiff,

        v.

VISCARDI AG, WOLLMUTH, MAHER &
DEUTSCH, LLP; MASON H. DRAKE, ESQ.,
BRUCE O'DONNELL CPA, BRUCE
O'DONNELL CPA/PFS P.A., BIOMEDICAL
CONSULTANT SL, RICHARD MARKOLL and
ERNESTINE BINDER MARKOLL,

        Defendants.
-----------------------------------------------------------X

No. 07 CIV 10590

Hon. Jed Rakoff, U.S.D.J.

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendant Viscardi AG.

    I certify that I am admitted to practice in this court.

Dated: New York, New York
       March 6, 2008

                            KASOWITZ, BENSON, TORRES
                            & FRIEDMAN LLP

                            Mark W. Lerner
                            1633 Broadway
                            New York, New York 10019
                            mlerner@kasowitz.com
                            Phone: (212) 506-1728
                            Fax: (212) 835-5028

                            *Attorneys for Defendants Viscardi AG*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DURAVEST, INC.,

    Plaintiff,

                   No. 07 CIV 10590

                   Hon. Jed Rakoff, U.S.D.J.

  v.

                   **NOTICE OF APPEARANCE**

VISCARDI AG, WOLLMUTH, MAHER &
DEUTSCH, LLP; MASON H. DRAKE, ESQ.,
BRUCE O'DONNELL CPA, BRUCE
O'DONNELL CPA/PFS P.A., BIOMEDICAL
CONSULTANT SL, RICHARD MARKOLL and
ERNESTINE BINDER MARKOLL,

    Defendants.
-------------------------------------------------------------X


To the Clerk of this court and all parties of record:

  Enter my appearance as counsel in this case for Defendant Viscardi AG.

  I certify that I am admitted to practice in this court.

Dated: New York, New York
     March 6, 2008

                   KASOWITZ, BENSON, TORRES
                   & FRIEDMAN LLP

                   Mark W. Lerner
                   1633 Broadway
                   New York, New York 10019
                   mlerner@kasowitz.com
                   Phone: (212) 506-1728
                   Fax: (212) 835-5028

                   *Attorneys for Defendants Viscardi AG*

## ATTORNEY'S AFFIRMATION OF SERVICE

Mark W. Lerner, Esq., an attorney duly admitted to practice in the United States District Court for the Southern District of New York, hereby affirms that on March 7, 2008, I caused the within Notice of Appearance, to be served by electronic mail upon the below-listed parties:

*Mark W. Lerner, Esq.*

**TO:**

| | |
|---|---|
| Luis Francisco Ras, Esq.<br>Ras Associates, PLLC<br>Ten Bank Street, Suite 650<br>White Plains, NY 10606<br>(914) 289-2909<br>Email: lfratty@aol.com<br><br>*Attorneys for Plaintiff Duravest, Inc.* | Barry Jacobs, Esq.<br>Abrams, Gorelick, Friedman & Jacobson, P.C.<br>115 Broadway, 11th Floor<br>New York, NY 10006<br>(212)-422-1200<br>Email: bjacobs@agfjlaw.com<br><br>*Attorneys for Defendants Wollmuth, Maher & Deutsch, LLP and Mason H. Drake, Esq.* |
| Ameet Balvant Kabrawala, and<br>Stephen Jacobs, Esq.<br>Landman, Corsi, Ballaine & Ford PC<br>120 Broadway, 27th Floor<br>New York, NY 10271<br>(212)-238-4800<br>Email: akabrawala@lcbf.com<br>Email: SJacobs@lcbf.com<br><br>*Attorneys for Defendant Bruce O'Donnell CPS/PFS, P.A.* | |

## ATTORNEY'S AFFIRMATION OF SERVICE

Mark W. Lerner, Esq., an attorney duly admitted to practice in the United States District Court for the Southern District of New York, hereby affirms that on March 7, 2008, I caused the within Notice of Appearance, to be served by electronic mail upon the below-listed parties:

Mark W. Lerner, Esq.

**TO:**

| | |
|---|---|
| Luis Francisco Ras, Esq.<br>Ras Associates, PLLC<br>Ten Bank Street, Suite 650<br>White Plains, NY 10606<br>(914) 289-2909<br>Email: lfratty@aol.com<br><br>*Attorneys for Plaintiff Duravest, Inc.* | Barry Jacobs, Esq.<br>Abrams, Gorelick, Friedman & Jacobson, P.C.<br>115 Broadway, 11th Floor<br>New York, NY 10006<br>(212)-422-1200<br>Email: bjacobs@agfjlaw.com<br><br>*Attorneys for Defendants Wollmuth, Maher & Deutsch, LLP and Mason H. Drake, Esq.* |
| Ameet Balvant Kabrawala, and<br>Stephen Jacobs, Esq.<br>Landman, Corsi, Ballaine & Ford PC<br>120 Broadway, 27th Floor<br>New York, NY 10271<br>(212)-238-4800<br>Email: akabrawala@lcbf.com<br>Email: SJacobs@lcbf.com<br><br>*Attorneys for Defendant Bruce O'Donnell CPS/PFS, P.A.* | |