UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DURAVEST, INC.,

        Plaintiff,

- against -

VISCARDI, AG, WOLLMUTH MAHER &
DEUTSCH, LLP, MASON H. DRAKE, ESQ., BRUCE
O'DONNELL, CPA, BRUCE O' DONNELL
CPA/PFS, P.A., BIOMEDICAL CONSULTANT SL,
RICHARD MARKOLL, and ERNESTINE BINDER
MARKOLL,

        Defendants.
------------------------------------------------------------------X

**Electronically Submitted**

**CORPORATE DISCLOSURE STATEMENT**

07 Civ. 10590 (JSR)

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants Bruce O'Donnell, CPA and Bruce O'Donnell CPA/PFS, P.A. (together "O'Donnell") certifies that (i) defendant Bruce O'Donnell is a natural person; and (ii) defendant Bruce O'Donnell CPA/PFS, P.A. has no corporate parent and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       March 13, 2008

                                  Respectfully submitted,

                                  LANDMAN CORSI BALLAINE & FORD P.C.

                          By: _____
                                Stephen Jacobs (SJ 4437)
                                120 Broadway, 27th Floor
                                New York, New York 10271-0079
                                (212) 238-4800
                                Attorneys for Defendants Bruce O'Donnell,
                                CPA and Bruce O'Donnell, CPA/PFS, P.A.

cc: <u>Via ECF</u>

    Luis Francisco Ras, Esq.
    Ras Associates, PLLC
    Ten Bank Street, Suite 650
    White Plains, NY 10606
    Attorneys for Plaintiff

    Barry Jacobs, Esq.
    Abrams, Gorelick, Friedman & Jacobson, P.C.
    One Battery Park Plaza, 4th Floor
    New York, New York 10004
    Attorneys for Defendants
    Wollmuth Maher & Deutsch, LLP,
    and Mason H. Drake, Esq.

    Mark W. Lerner, Esq.
    Kasowitz, Benson, Torres & Friedman, LLP
    1633 Broadway
    New York, New York 10019
    Attorneys for Defendant
    Viscardi, AG