CERTIFICATE OF SERVICE

Ameet B. Kabrawala, an attorney of record herein, hereby certifies that, on March 13, 2008, the foregoing Corporate Disclosure Statement was served in accordance with the Southern District's Rules on Electronic Service and Local Rule 5.2 upon the following:

Luis Francisco Ras, Esq.
Ras Associates, PLLC
Attorneys for Plaintiff
Ten Bank Street, Suite 650
White Plains, NY 10606

Mark W. Lerner, Esq.
Kasowitz, Benson, Torres & Friedman, LLP
Attorneys for Viscardi, AG
1633 Broadway
New York, NY 10019

Abrams, Gorelick, Friedman & Jacobson, P.C.
Attorneys for Defendants Wollmuth Maher
Deutsch, LLP and Mason H. Drake, Esq.
1 Battery Park Plaza, 4th Floor
New York, NY 10004

NO OTHER PARTIES HAVE APPEARED.

_____
Ameet B. Kabrawala (AK 2976)