UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
----

DURAVEST, INC.

                Plaintiff,

VISCARDI AG, WOLLMUTH, MAHER &
DEUTSCH, LLP; MASON H. DRAKE, ESQ., BRUCE
O'DONNELL CPA, BRUCE O'DONNELL CPA/PFS
P.A., BIOMEDICAL CONSULTANT SL, RICHARD
MARKOLL and ERNESTINE BINDER MARKOLL,

                Defendants.
------------------------------------------------------------------x
----

: No. 07 CIV 10590

: Hon. Jed Rakoff, U.S.D.J.

: **Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Court Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Viscardi AG (a private, non-governmental party) certifies that Defendant Viscardi AG has no corporate parents, affiliates or subsidiaries which are publicly held.

Dated: New York, New York
       April 7, 2008

                          Respectfully submitted,

                          KASOWITZ, BENSON, TORRES
                            & FRIEDMAN LLP

                          By: */s/ Mark W. Lerner*
                              Mark W. Lerner
                              Joshua A. Berman
                              1633 Broadway
                              New York, New York  10019
                              (212) 506-1700

                          *Attorneys for Defendant Viscardi AG*