| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------x | Docket No.: 07 CIV 10590<br>**ELECTRONICALLY SUBMITTED** |
| DURAVEST, INC., | |
| Plaintiff, | NOTICE OF MOTION |
| -against- | **Returnable: May 16, 2008** |
| VISCARDI, AG; WOLLMUTH, MAHER &<br>DEUTSCH LLP.; MASON H. DRAKE,<br>ESQ.; BRUCE O'DONNELL, CPA/PFS, P.A.;<br>RICHARD MARKOLL, BIOMEDICAL<br>CONSULTANT SL; and ERNESTINE BINDER<br>MARKOLL;<br>------------------------------------------------------------x | |

PLEASE TAKE NOTICE, that upon the accompanying Declaration of Barry Jacobs and Memorandum of Law, defendants WOLLMUTH MAHER & DEUTSCH LLP and MASON H. DRAKE, ESQ. (hereinafter referred to as "WMD" and "Drake") shall move this Court, before the Honorable Jed S. Rakoff, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, on May 16, 2008 at 4:00 p.m. to dismiss plaintiff's single claim against Wollmuth Maher & Deutsch LLP and Mason H. Drake, Esq. for lack of the subject matter jurisdiction, pursuant to FRCP 12(b)(1) and 28 U.S.C. §1367, and for such other and further relief as this Court deems just and proper.

As set forth in the accompanying Memorandum of Law, this Court does not have subject matter jurisdiction over the single claim interposed by Duravest, Inc. against Wollmuth Maher & Deutsch LLP and Mason H. Drake, Esq., because the claim does not arise out of the same case or controversy which according to plaintiff, has vested this Court with original jurisdiction, and as a result, does not fall within the purview of this Court's supplemental jurisdiction, as defined by 28 U.S.C. §1367.

PLEASE TAKE FURTHER NOTICE, pursuant to the Court's directives, answering papers, if any, shall be served no later than April 28, 2008, reply papers, if any, shall be served no later than May 5, 2008, and oral argument is scheduled for May 16, 2008 at 4:00 p.m.

Executed on:  New York, New York
              April 7, 2008

                                          Respectfully submitted,

                                          ABRAMS, GORELICK, FRIEDMAN & JACOBSON, PC

                                          By: _____
                                                Barry Jacobs (BJ 0216)
                                        One Battery Park Plaza – 4th Floor
                                        New York, New York 10004
                                        (212) 422-1200
                                        Our File No.: 6615

TO:   Luis F. Ras, Esq.
       RAS ASSOCIATES, PLLC
       Attorneys for Plaintiff
       Duravest, Inc.
       Ten Bank Street
       White Plains, New York 10606

       Stephen Jacobs, Esq.
       LANDMAN CORSI BALLAINE & FORD, P.C.
       Attorneys for Defendant
       Bruce O'Donnell CPA/PFS, P.A.

120 Broadway – 27TH Floor
New York, New York 10271

KASOWITZ, BENSON, TORRES
& FRIEDMAN, LLP
Attn:   Mark W. Lerner, Esq.
Attorneys for Defendant
VISCARDI AG
1633 Broadway
New York, New York 10019