Peter J. Pizzi
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 533-4221
Facsimile: (973) 535-9217
ppizzi@connellfoley.com

Attorneys for Defendants Richard Markoll and Ernestine Binder Markoll

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DURAVEST, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>VISCARDI, A.G., WOLLMUTH MAHER & DEUTSCH, LLP, MASON H. DRAKE, ESQ., BRUCE O'DONNELL, CPA, BRUCE O'DONNELL CPA/PFS, P.A., BIOMEDICAL CONSULTANTS SL, RICHARD MARKOLL, and ERNESTINE BINDER MARKOLL,<br><br>          Defendants. | Civil Action No. 07 Civ. 10590 (JSR) |

   PLEASE TAKE NOTICE that Peter J. Pizzi of CONNELL FOLEY LLP appears as counsel of record for defendants Richard Markoll and Ernestine Binder Markoll and requests that service upon defendants Richard Markoll and Ernestine Binder Markoll of all papers and notices of all proceedings in the above action be sent to the undersigned electronically by ECF.

Dated: July 31, 2008                    CONNELL FOLEY LLP


                              By:   /s/ Peter J. Pizzi
                                    Peter J. Pizzi
                              A member of the bar of this Court

                              Attorneys for Defendants Richard Markoll and Ernestine Binder Markoll