Peter J. Pizzi
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 533-4221
Facsimile: (973) 535-9217
ppizzi@connellfoley.com

Attorneys for Defendant Biomedical Consultants SL

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DURAVEST, INC., <br><br> Plaintiff, <br><br> v. <br><br> VISCARDI, A.G., WOLLMUTH MAHER & DEUTSCH, LLP, MASON H. DRAKE, ESQ., BRUCE O'DONNELL, CPA, BRUCE O'DONNELL CPA/PFS, P.A., BIOMEDICAL CONSULTANTS SL, RICHARD MARKOLL, and ERNESTINE BINDER MARKOLL, <br><br> Defendants. | Civil Action No. 07 Civ. 10590 (JSR) <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Peter J. Pizzi of CONNELL FOLEY LLP appears as counsel of record for defendant Biomedical Consultants SL and requests that service upon defendant Biomedical Consultants SL of all papers and notices of all proceedings in the above action be sent to the undersigned electronically by ECF.

Dated: September 2, 2008     CONNELL FOLEY LLP


                             By:   /s/ Peter J. Pizzi
                                   Peter J. Pizzi
                             A member of the Bar of this Court

                             Attorneys for Defendant Biomedical Consultants SL