Peter J. Pizzi
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 533-4221
Facsimile: (973) 535-9217
ppizzi@connellfoley.com

Attorneys for Defendant Biomedical Consultants SL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DURAVEST, INC.,<br><br>Plaintiff,<br><br>- against –<br><br>VISCARDI, A.G., WOLLMUTH MAHER & DEUTSCH, LLP, MASON H. DRAKE, ESQ., BRUCE O'DONNELL, CPA, BRUCE O'DONNELL CPA/PFS, P.A., BIOMEDICAL CONSULTANTS SL, RICHARD MARKOLL, and ERNESTINE BINDER MARKOLL,<br><br>Defendants. | Civil Action No. 07-cv-10590 (JSR)<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9]:

Defendant Biomedical Consultants SL is a private non-governmental party with no publicly-held corporate parents, affiliates and/or subsidiaries.

Dated: September 2, 2008              CONNELL FOLEY LLP


                                      By:     /s/ Peter J. Pizzi
                                              Peter J. Pizzi
                                      A member of the Bar of this Court

                                      Attorneys for Defendant Biomedical Consultants SL

1965314-01